UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CAMARGO,<br><br>    Plaintiff,<br><br>    v.<br><br>MILTON MILTIADOUS,<br><br>    Defendant. | Case No.  14-cv-04490-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Plaintiff's case management conference.  In light of her representations as to her attempts to serve the defendant in Japan, the case management conference scheduled for August 6, 2015 is continued to **October 1, 2015 at 1:30 p.m.**.  Plaintiff shall file an updated case management conference statement seven days before the conference (or file it jointly with defendant if he has been served and appeared).

**IT IS SO ORDERED.**

Dated: July 31, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge