UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CAMARGO,<br><br>          Plaintiff,<br><br>     v.<br><br>MILTON MILTIADOUS,<br><br>          Defendant. | Case No.  14-cv-04490-JSC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE AND TO APPEAR AT RESCHEDULED CASE MANAGEMENT CONFERENCE** |

Over a year ago, Plaintiff Carla Carmago filed this civil action against Defendant Milton Miltiadous and Does 1-10 alleging various tort claims arising from defamatory statements Defendants allegedly posted regarding her on several internet sites.  The Court has granted several extensions of time for Plaintiff to serve Miltiadous, an Australia citizen and resident of Tokyo, Japan.

At a Case Management Conference on October 1, 2015, the Court set a further Case Management Conference for November 12, 2015 so that Plaintiff could provide an update regarding service on Defendant Miltiadous.  Plaintiff thereafter filed a third motion for early expedited discovery, which the Court denied without prejudice to renewal in part by November 16, 2015.  (Dkt. No. 26.)  The Court also continued the previously scheduled Case Management Conference to November 19, 2015 and ordered Plaintiff to file proof of service on Defendant Miltiadous or a statement explaining the status of service by November 18.  Plaintiff chose not to renew her motion for early discovery, and although she filed a declaration regarding proof of service on November 18, she failed to attach the referenced exhibits including the document which allegedly establishes actual proof of service.  (Dkt. No. 27.)  Further, Plaintiff failed to appear for the Case Management Conference on November 19.

1     Accordingly, Plaintiff is ordered to file proof of service on Defendant Miltiadous on or before November 25, 2015.  A further Case Management Conference is set for December 3, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.  Plaintiff shall file an updated Case Management Conference statement by December 1, 2015, which shall address, among other issues, the status of the doe defendants and Defendant Miltiadous' deadline for responding to the complaint.  Plaintiff's counsel may make arrangements with the Court's Deputy Clerk to appear at the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: November 20, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge