UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CARLA CAMARGO, an individual, | Case Number: 3:14-cv-04490-JSC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF DEADLINE TO FILE OPPOSITION TO APPLICATION FOR DEFAULT FINAL JUDGMENT |
| vs. |  |
| MILTON MILTIADOUS, an individual; and DOES 1-10, inclusive, |  |
| Defendants. |  |

This cause came before the Court on Defendant's motion for enlargement of deadline to file opposition to application for default final judgment, and the Court, having considered the motion, ORDERS AND ADJUDGES that the motion is GRANTED. The deadline for Defendant to file an opposition to Plaintiff's Application for Default Judgment is extended through and including April ~~8~~ 7, 2016. Plaintiff's reply in support of default judgment is due on April 14, 2016. The hearing on Plaintiff's Motion for Default Judgment is reset to 9:00 a.m. on April 28, 2016. Defendant shall file a consent or declination to proceed before a magistrate judge by April 7, 2016.

Dated: April 1, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Jacqueline Scott Corley

Page **1** of **1**

Case No.:3:14-cv-04490-JSC