UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA CAMARGO,<br><br>        Plaintiff,<br><br>    v.<br><br>MILTON MILTIADOUS,<br><br>        Defendant. | Case No. 14-cv-04490-JSC<br><br>**ORDER RE: DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 48 |

On April 7, 2016, Defendant filed a motion for sanctions noticed for hearing on April 28, 2016. Civil Local Rule 7-2(a) requires that a motion be calendared for hearing not less than 35 days after the filing of the motion. Defendant improperly noticed the sanctions motion for a hearing within 21 days and set the hearing for the same day the reply brief is due. (Dkt. No. 48.) The Court therefore VACATES the April 28, 2016 hearing date for the motion for sanctions and sets the hearing for May 26, 2016 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. Plaintiff's opposition shall be filed by April 25, 2016 and Defendant may file a reply by May 2, 2016.

**The hearing on Plaintiff's motion for default judgment and the Court's Order to Show Cause remains calendared for April 28, 2016 at 9:00 a.m.** (Dkt. Nos. 39 & 45.)

        **IT IS SO ORDERED.**

Dated: April 11, 2016

                                                                     _____
                                                                       JACQUELINE SCOTT CORLEY
                                                                       United States Magistrate Judge